WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'06 SEP 08 15:13 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MINH HAN,**                                                         CV # 05-1005-AA

      Plaintiff,

vs.                                                                   ORDER

**COMMISSIONER of Social Security,**

      Defendant.

_____

      Attorney fees in the amount of $5,500.00 and expenses in the amount of $14.87 are hereby awarded to Plaintiff's attorney, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $275.60 are awarded pursuant to 28 U.S.C. § 1920.

      DATED this 8 day of September, 2006.

                                                              /s/ Ann Aiken
                                                              United States District Judge

Submitted on September 6, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
  Attorney for Plaintiff

ORDER - Page 1

Minh Han
CIVIL ACTION NO. 05-1005-AA

Federal Court Expenses:

    Filing and service postage for Plaintiff's Federal Court Complaint and Supporting Documents .............................. $14.87

Total Expenses: **$14.87.**

Federal Court Costs:

    Federal Court filing fee ................................. $250.00

    Copy costs for Plaintiff's Federal Court Complaint and Supporting Documents .............................. $7.00

    Copy costs for Plaintiff's Opening Brief ...................... $18.60

Total Costs: **$275.60.**

SCHEDULE A - page 1
Attachment to court ORDER